STATE OF NEW JERSEY v. KEVIN MADISON.

February 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE FAIRCLOTH.

February 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. CALMAN VINCENT OLAH.

February 7, 1983.

Petition for certification denied.

BRIAN DOUGHERTY v. NICHOLAS D'AGOSTINO.

February 7, 1983.

Petition for certification denied.

DAVID PARKS v. COLONIAL PENN INSURANCE COMPANY.

February 7, 1983.

Petition for certification granted.